UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NOR-CAL BATTERY CO., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02700-WBS-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the parties, This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 22, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Joint Stipulation for Dismissal      Case: 2:14-CV-02700-WBS-KJN

1